# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-00272-FDW-DSC

| | |
|---|---|
| LINDA VENDERBUSH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| VERITAS TECHNOLOGIES LLC, et. al., | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on the "Motion[s] for Admission pro Hac Vice and Affidavit[s] [for Erin J. McLaughlin and Ryan J. Wilk]" (documents ## 18-19) filed September 21, 2018. For the reasons set forth therein, the Motions will be <u>granted</u>

<u>All counsel are advised that local counsel must sign all documents submitted to the Court and as such are accountable for the substance of such submissions under Rule 11 of the Federal Rules of Civil Procedure.</u>

The Clerk is directed to send copies of this Order to counsel of record <u>and to the Honorable Frank D. Whitney</u>.

**SO ORDERED**.

Signed: September 21, 2018

David S. Cayer
United States Magistrate Judge