UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-cv-00272-FDW-DSC

| | |
|---|---|
| LINDA VENDERBUSH, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>VERITAS TECHNOLOGIES LLC, TOM )<br>KENNEDY, and CARLOS VALAREZO )<br>)<br>    Defendants. )<br>) | NOTICE OF HEARING |

TAKE NOTICE that this case is set for trial for the Court's trial term beginning September 9, 2019.[1] **The Court will hold a final pretrial conference on August 7, 2019 at 2:00 p.m. in Courtroom 1-1 of the Charles R. Jonas Federal Building, 401 W. Trade Street, Charlotte, NC 28202.**

IT IS SO ORDERED.

Signed: July 17, 2019

Frank D. Whitney
Chief United States District Judge

---

[1] The trial was initially set for the Court's trial term beginning September 3, 2019. (Doc. No. 17). The trial term has been reset for September 9, 2019.

1